UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-01800 ADS                              Date:  April 14, 2026

Title:  *Norwin Jose Robles-Medina v. Todd Blanche, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (Dkt. No. 6)**

Before the Court is an Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (the "TRO Application") filed by Petitioner Norwin Jose Robles-Medina, an immigration detainee proceeding through counsel.  (Dkt. No. 6.)  The Court issued General Order 26-05, which sets an expedited briefing schedule on the underlying habeas petition.  (Dkt. No. 5.)  Under General Order 26-05, applications for temporary restraining orders are reserved for situations where the petitioner alleges imminent, irreparable harm that cannot be addressed by the General Order's expedited briefing schedule.  (Id.)

Petitioner fails to demonstrate the alleged harm cannot be addressed by the expedited briefing schedule set by General Order 26-05.  Accordingly, the TRO Application is denied.  If the parties seek to further accelerate or alter the briefing schedule set by General Order 26-05, the parties shall promptly meet and confer and file a stipulation or joint statement setting forth the parties' competing proposals for a briefing schedule.  The TRO Application and this Order do not alter or suspend the parties' obligations under the expedited briefing schedule set by General Order 26-05.

**IT IS SO ORDERED.**

Initials of Clerk kh