JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Norwin Jose Robles-Medina [A249 222 474], | ) **Case No.: 5:26-cv-01800-ADS** |
| Petitioner, | ) |
| v. | ) |
| Todd Blanche, et al., | ) **JUDGMENT** |
| Respondents. | ) |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted.  The Court DIRECTS the Clerk to close this case.


Dated: <u>April 29, 2026</u>          <u>     /s/ Autumn D. Spaeth          </u>
Hon. Autumn D. Spaeth,
United States Magistrate Judge